```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  RICHARD SHOEMAKER-MOYLE
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. S-08-0361-KJM |
|---|---|---|
| Plaintiff, | ) | Stipulation and Order to Vacate Trial Date and Set New Trial Date |
| v. | ) | |
| MICHAEL D. ALLEN, | ) | Date: January 26, 2009 |
| Defendant. | ) | Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between the United States and the defendant Michael D. Allen, by and through his counsel, Michael Petrik, Staff Attorney, that the bench trial set for January 26, 2009, be vacated and a new bench trial date be set for April 6, 2009, at 10:00 a.m.

///
///
///
///
///
///
///

The continuance is requested because the government and the defendant are continuing to negotiate for an agreement in this matter.

DATED: January 22, 2009          LAWRENCE G. BROWN
                                 Acting United States Attorney


                                 By: /s/ Russel L. Carlberg For:
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney


DATED: January 22, 2009          DANIEL BRODERICK
                                 Federal Defender


                                 By: /s/ Michael Petrik
                                     MICHAEL PETRIK, JR.
                                     Staff Attorney
                                     Attorney for Defendant

O R D E R

IT SO ORDERED.


DATED: January 23, 2009.

                                 _____
                                 U.S. MAGISTRATE JUDGE